UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS F. COOK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLERGAN PLC, BRENTON L. SAUNDERS, WILLIAM MEURY, and C. DAVID NICHOLSON,<br><br>Defendants. | Case No. 1:18-cv-12089-CM |
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLERGAN PLC, BRENTON L. SAUNDERS, and MARIA TERESA HILADO,<br><br>Defendants. | Case No. 1:18-cv-12219-CM |

**NOTICE OF APPEARANCE OF GUILLAUME BUELL ON BEHALF OF
<u>LEAD PLAINTIFF MOVANT BOSTON RETIREMENT SYSTEM</u>**

1

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Lead Plaintiff Movant Boston Retirement System. I certify that I am admitted to practice in this Court.

Respectfully Submitted,

Dated: March 4, 2019
    Boston, Massachusetts

/s/ *Guillaume Buell*
Guillaume Buell
**THORNTON LAW FIRM LLP**
Guillaume Buell (GB-9337)
1 Lincoln Street
Boston, MA 02111
Tel.: (617) 720-1333
Email: gbuell@tenlaw.com

*Counsel for Boston Retirement System and [Proposed] Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Guillaume Buell, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 4, 2019.

*/s/Guillaume Buell*
Guillaume Buell