# POMERANTZ LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/20
```

July 7, 2020

**VIA ECF**

The Honorable Colleen McMahon
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street - Room 2550
New York, New York 10007

Re: *In re Allergan PLC Securities Litigation*, No. 18 Civ. 12089 (CM) (the "Action")
– **Adjustment to Class Certification Briefing Schedule**

Dear Chief Judge McMahon,

My firm, Pomerantz LLP, is Lead Counsel to Lead Plaintiff in the above-referenced Action. We write to request that the Court permit the parties to make a minor adjustment to the class certification briefing schedule. This adjudgment would not impact when the motion becomes fully briefed for the Court.

On January 31, 2020, Lead Plaintiff filed its motion to certify the class. Based on the scheduling order that the Court entered on December 4, 2019 (ECF No. 88), as modified by the Court due to the COVID-19 public health emergency, Defendants' opposition to that motion is due on July 22, 2020, and Lead Plaintiff's reply brief is due on August 19, 2020. The Parties request that the Court allow Defendants to file their opposition brief on July 28, 2020, with Lead Plaintiff's reply deadline staying unchanged as August 19, 2020.

The reason for this request is that Lead Plaintiff would like to postpone its deposition, currently scheduled for July 8, 2020, by one week due to an unforeseen issue arising out of matters related to the COVID-19 public health emergency. As this would result in Defendants having to oppose class certification only one week later, the Parties have cooperatively agreed to a compromise allowing Defendants an additional week to file their opposition. The deadline for Lead Plaintiff's reply brief would remain unchanged. Accordingly, this request would not alter the date by which the motion is fully briefed for the Court.

# POMERANTZ LLP

Hon. Colleen McMahon
July 7, 2020
Page 2

Lead Plaintiff thanks the Court for its consideration of this request.

Respectfully submitted,

/s/ *Murielle Steven Walsh*

Murielle J. Steven Walsh

cc:   Counsel of Record (via ECF)

IT IS SO ORDERED:

Dated: __7/7__, 2020

_____

Hon. Colleen McMahon, Chief Judge