# EXHIBIT 42

| | |
|---|---|
| **From:** | Guillaume Buell |
| **To:** | Connolly, Anna; Cooper, Roger A.; Gerber, Jared |
| **Cc:** | Krista Rosen; Madeline Korber; Murielle Steven Walsh |
| **Subject:** | RE: In re Allergan plc Securities Litigation, 18-cv-12089: Defendants" first set of interrogatories to Lead Plaintiff |
| **Date:** | Tuesday, January 7, 2020 11:36:11 AM |

Thank you. We'd much appreciate if you could please keep me and my colleagues Krista Rosen and Madeline Korber, copied here, on the service list in this case moving forward.

Very best,

Guillaume

---

**From:** Connolly, Anna <aconnolly@cgsh.com>
**Sent:** Tuesday, January 7, 2020 11:34 AM
**To:** Guillaume Buell <gbuell@tenlaw.com>
**Cc:** Cooper, Roger A. <RACooper@cgsh.com>; Gerber, Jared <jgerber@cgsh.com>
**Subject:** In re Allergan plc Securities Litigation, 18-cv-12089: Defendants' first set of interrogatories to Lead Plaintiff

Counsel,

Please find attached Defendants' First Set of Interrogatories to Lead Plaintiff.

Best regards,
Anna

---

**Anna Connolly**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: arivera@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2108
aconnolly@cgsh.com | clearygottlieb.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error; please immediately notify us by telephone at (800) 431-4600. You will be reimbursed for reasonable costs incurred in notifying us.