

**Murielle J. Steven Walsh**
Partner

**VIA ECF**                                                                                                  October 8, 2020

The Honorable Colleen McMahon
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street – Room 2550
New York, New York 10007

      Re:    *In re Allergan PLC Securities Litigation,* No. 18 Civ. 12089 (CM) (GWG) –
              Letter Motion to Set/Reset Deadlines in Case Management Plan

Dear Chief Judge McMahon,

      On September 29, 2020, this Court denied Lead Plaintiff's motion for class certification in the above-referenced action, declining to appoint Lead Plaintiff the Boston Retirement System as Class Representative and Lead Counsel Pomerantz LLP as Class Counsel. In its order, the Court provided that any potential movant who is interested in serving as Lead Plaintiff should file its motion 30 days from the Order, or October 29, 2020.

      Under the current Case Management Plan (ECF No. 139), there are several deadlines coming up relatively soon, in October and November, including the deadlines for the parties to designate expert witnesses (October 16, 2020) and for Plaintiff to amend the pleadings (October 30th).

      Under the circumstances, we request that the Court vacate all current deadlines under the Case Management Plan, pending further order of the Court. Defendants have advised us that they do not object to this request.

                                                                            Respectfully Submitted,

                                                                  */s/ Murielle J. Steven Walsh*
                                                                  Murielle J. Steven Walsh
                                                                  **POMERANTZ LLP**
                                                                  600 Third Avenue, Floor 20
                                                                  New York, NY 10016
                                                                  Phone: 212-661-1100
                                                                  Email: mjsteven@pomlaw.com

      cc:     All Counsel of Record (via ECF)

600 Third Avenue, New York, New York 10016   tel: 212.661.1100   www.pomerantzlaw.com
NEW YORK      CHICAGO      LOS ANGELES      PARIS