**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Allergan PLC Securities Litigation | No. 18 Civ. 12089 (CM)(GWG) |

**NOTICE OF MOTION AND MOTION OF THE GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT FOR LEAVE TO INTERVENE; AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>SELECTION OF LEAD COUNSEL</u>**

PLEASE TAKE NOTICE that movant General Retirement System of the City of Detroit ("Detroit GRS"), by and through its counsel, will move this Court at a date and time as may be determined by this Court, before the Honorable Colleen McMahon in Courtroom 24A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order: (i) granting Detroit GRS's motion for leave to intervene to preserve its claims in the above-captioned action pursuant to Fed. R. Civ. P. ("Rule") 24; (ii) granting Detroit GRS's motion for leave to intervene for appointment as lead plaintiff and a class representative pursuant to Rule 23 and the Court's September 29, 2020 Order; (iii) approving Detroit GRS's selection of Abraham, Fruchter & Twersky, LLP to serve as lead counsel on behalf of the putative class; and (iv) granting such other and further relief as the Court may deem just and proper.

This motion is made on the ground that Detroit GRS's intervention is necessary or permitted to protect its individual interests and claims, as well as the interests of putative class, to promote judicial economy by stepping in to continue prosecuting claims of the putative class, and because intervention will not cause undue delay or inconvenience to the parties. In support of this motion, Detroit GRS submits herewith a memorandum of law, supporting declaration and accompanying exhibits, and a proposed order.

DATED: October 29, 2020            Respectfully submitted,

            **ABRAHAM, FRUCHTER**
              **& TWERSKY, LLP**

            By: /s/      *Mitchell M.Z. Twersky*
            Mitchell M.Z. Twersky (MT-6739)
            Atara Hirsh (AH-6771)
            One Penn Plaza, Suite 2805
            New York, New York 10119
            Tel: (212) 279-5050
            Fax: (212) 279-3655
            MTwersky@aftlaw.com
            AHirsh@aftlaw.com

- And -

Ian D. Berg (*Pro Hac Vice* Forthcoming)
Takeo A. Kellar (*Pro Hac Vice* Forthcoming)
11622 El Camino Real, Suite 100
San Diego, California 92130
Tel: (858) 764-2580
Fax: (858) 764-2582
IBerg@aftlaw.com
TKellar@aftlaw.com

*Attorneys for Movant General Retirement System of the City of Detroit*

2

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that on October 29, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel registered to receive such notice.

     /s/     *Mitchell M.Z. Twersky*
Mitchell M.Z. Twersky
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
MTwersky@aftlaw.com