UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE ALLERGAN PLC SECURITIES    :      ORDER
LITIGATION                            18 Civ. 12089 (CM)(GWG)
                                    :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The pending applications to file certain materials under seal (Docket ## 217, 224 and 230) are all granted inasmuch as they contain potentially privileged information submitted to the Court for purposes of resolving a discovery dispute.

SO ORDERED.

Dated: June 7, 2021
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge