UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE ALLERGAN PLC SECURITIES :    ORDER
LITIGATION
                                                                                                                                                18 Civ. 12089 (CM) (GWG)
                                                                                                                                               :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Before the Court is lead plaintiff's motion to compel defendants to produce certain documents and information defendants withheld on the basis of attorney-client privilege. (Docket # 239). As part of adjudicating that motion, the Court may wish to conduct an in camera review of the sample of representative documents proffered by lead plaintiff. (See Exhs. 5-9 of Docket # 248). Defendants are directed to submit these documents for in camera review at their earliest convenience. Defendants shall email these documents to the email address used to submit their unredacted filings for the instant motion. If submission by email is not feasible, defendants' counsel shall call Chambers ((212) 805-4260) to discuss another method of submission.

      SO ORDERED.

Dated: July 27, 2021
       New York, New York

                                                                    _____
                                                                    GABRIEL W. GORENSTEIN
                                                                    United States Magistrate Judge