UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE ALLERGAN PLC SECURITIES :     ORDER
LITIGATION     18 Civ. 12089 (CM) (GWG)
    :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    Before the Court is lead plaintiff's motion to compel defendants to produce certain documents and information defendants withheld on the basis of attorney-client privilege. (Docket # 239). Defendants have filed the declaration of Taylor K. Reynolds, in support of their opposition, entirely under seal. (See Docket # 255). This is improper as the declaration plainly contains material to which the public has a right of access. See generally Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119 (2d Cir. 2006). Indeed, lead plaintiff quoted from the declaration in the publicly-filed version of its reply brief (see Docket # 259 at 12), without any apparent protest from defendants.

    Defendants are directed to refile the Reynolds declaration on the public docket by August 12, 2021. If defendants seek redactions to this document, they shall file on the public docket a version of Docket # 255 that redacts only those portions of the declaration and attachments for which sealing is appropriate under Lugosch. If this option is chosen, defendants shall file a letter that supplements their previous motion to seal (Docket # 250), and that gives a detailed justification of the redactions in accordance with the principles articulated in Lugosch.

    SO ORDERED.

Dated: August 5, 2021
       New York, New York

                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge