UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALLERGAN PLC SECURITIES LITIGATION | No. 18 Civ. 12089 (CM)(GWG) |

**ORDER**

McMahon, J:

The Court is in receipt of Defendant's motion to seal its opposition papers to Plaintiff's motion for class certification (Dkt. No. 203).

The parties appear to have hit on the correct solution. The opposition papers can be filed under seal only if a redacted copy is filed publicly. As that is what Defendant did, the motion is granted *nunc pro tunc* and the Clerk of Court is directed to remove Dkt. No. 203 from the Court's list of active motions.

Dated: August 12, 2021
New York, New York

United States District Judge