UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE ALLERGAN PLC SECURITIES    :    ORDER
LITIGATION        18 Civ. 12089 (CM) (GWG)
        :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

Oral argument on certain aspects of the lead plaintiff's motion to compel (Docket # 239), shall take place on September 9, 2021, at 3:30 p.m.   Specifically, the Court will address lead plaintiff's challenges to defendants' withholding of documents in the categories identified as "one" and "three."  (See Docket # 247).  The Court will not hear argument as to any other issues.

At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  When dialing in to the conference, the parties must be in a quiet location, must not be outdoors or in a vehicle, and must not use a speakerphone.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.  When addressing the Court, counsel must not use a speakerphone.

Each attorney is directed to ensure that all other attorneys on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

SO ORDERED.

Dated: August 31, 2021
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge