UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE ALLERGAN PLC SECURITIES            :         ORDER
LITIGATION                                                         18 Civ. 12089 (CM) (GWG)
                                                                  :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

   The motion to file the unredacted versions of certain documents (Docket ## 236, 244, 250, 256) under seal is granted in light of the commercially sensitive information contained therein. The Court notes that redacted versions of the documents at issue have been publicly filed.

   SO ORDERED.

Dated: September 9, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge