UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/21
```

| | |
|---|---|
| IN RE ALLERGAN PLC SECURITIES LITIGATION | Case No. 18 Civ. 12089 (CM)(GWG)<br><br>This Document Relates To: All Actions |

## CLASS REPRESENTATIVE'S NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT A TO ITS LETTER MOTION TO EXTEND DEADLINES DATED SEPTEMBER 21, 2021

Class Representative DeKalb County Pension Fund ("DeKalb"), by and through its undersigned counsel, respectfully moves this Court, pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure ("FRCP") and Paragraph 12.1 of the Stipulated Protective Order, entered February 24, 2020 ("Protective Order") (Dkt. No. 96), for permission to file under seal the Exhibit A to its Letter Motion to Extend Deadlines filed on September 21, 2021. DeKalb has conferred with Defendants and Defendants consent to this motion to file under seal.

In support of this motion, DeKalb submits herewith a Memorandum of Law. A [Proposed] Order is attached hereto.

DATED: September 21, 2021

Respectfully submitted,

/s/ *James M. Wilson, Jr.*
James M. Wilson, Jr.

**FARUQI & FARUQI, LLP**
James M. Wilson, Jr.
685 Third Avenue, 26th Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331
Email: jwilson@faruqilaw.com

*Counsel for Class Representative and Class Counsel*

[Handwritten annotation: 9/22/2021 Granted. So is the motion. /s/]