UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ALLERGAN PLC SECURITIES LITIGATION | Civil Action No.  18 Civ. 12089 (CM)(GWG) |

**[PROPOSED] ORDER GRANTING CLASS REPRESENTATIVE'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS A-F AND H-L TO ITS LETTER TO THE HONORABLE GABRIEL W. GORENSTEIN REGARDING ITS DISCOVERY DISPUTE OVER THE VALIDITY OF DEFENDANTS' ASSERTIONS OF PRIVILEGE**

Class Representative DeKalb County Pension Fund's Motion for Leave to File Under Seal Exhibits A-F and H-L to Its Letter to the Honorable Gabriel W. Gorenstein dated November 1, 2021 is GRANTED.

**IT IS SO ORDERED:**

DATED: _____

_____
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
for the Southern District of New York