**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Allergan PLC Securities Litigation | No. 18 Civ. 12089 (CM)(GWG) |

### NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE THAT, upon the accompanying (i) Memorandum of Law in Support of Their Motion for Summary Judgment, dated June 13, 2022; (ii) Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment, dated June 13, 2022; and (iii) Declarations of Jared Gerber and Avion Tai in Support of Defendants' Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment and Defendants' Memoranda of Law in Support of Their Motions to Exclude the Opinions and Proposed Testimony of Plaintiff's Experts, both dated June 13, 2022, and the relevant exhibits thereto, the undersigned Defendants hereby move this Court, before the Honorable Colleen McMahon, at the United States Courthouse, Courtroom 24A, 500 Pearl Street, New York, New York 10007, on a date and time determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 56(b), granting judgment in their favor as to all claims asserted, together with such other and further relief as the Court deems just and proper.

Dated: June 13, 2022
       New York, New York

Respectfully submitted,

*/s/ Jared Gerber*
_____
Roger A. Cooper (racooper@cgsh.com)
Jared Gerber (jgerber@cgsh.com)
Abena Mainoo (amainoo@cgsh.com)
Avion Tai (atai@cgsh.com)
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for Defendants Allergan plc, Brenton L. Saunders, Maria Teresa Hilado, Matthew M. Walsh, Frances DeSena, Mark Marmur, Paul Bisaro, and William Meury*