**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| IN RE ALLERGAN PLC SECURITIES LITIGATION | 18 **CIVIL** 12089(CM)(GWG) |
| | **JUDGMENT** |

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 12, 2022, Defendants' motion for summary judgment is GRANTED. Plaintiffs motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
December 12, 2022

                                                                  **RUBY J. KRAJICK**

                                                                  Clerk of Court

                                    BY:

                                                                    **Deputy Clerk**